UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
at PIKEVILLE

Civil Action No. 20-30

**BRENDA STANLEY,** **PLAINTIFF,**

v.

**JUDGMENT**

**COMMISSIONER OF SOCIAL SECURITY,** **DEFENDANT.**

In conformity with the Order entered this date and in compliance with Federal Rule of Civil Procedure 58, **IT IS HEREBY ORDERED** and **ADJUDGED** that:

A. the administrative decision is **AFFIRMED** and judgment is entered in favor of the Defendant;
B. the Plaintiff's Complaint against the Defendant is **DISMISSED WITH PREJUDICE** and the Plaintiff shall take nothing thereby; and
C. this action is **STRICKEN** from the active docket of the Court.

This 13th day of May 2021.



Signed By:
*Henry R Wilhoit Jr.*
**United States District Judge**